# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

———————

No. 16-50444
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 19, 2016

Lyle W. Cayce
Clerk

———————

In the Matter of:  FRANCIS MCQUEEN ROZELLE, JR.; CLARITA SOMMERS JOHNSON,

> Debtors

FRANCIS MCQUEEN ROZELLE, JR.; CLARITA SOMMERS JOHNSON,

> Appellants

v.

TRUSTEE JOHN PATRICK LOWE,

> Appellee

———————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:15-CV-108

———————

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5TH CIR. R. 47.6.

———————

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.